# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff(s))

Cornelius Armstrong

v.

(Full name of defendant(s))

State of Wisconsin

Department of Children & Families

Case Number:

**26-C-336**

(to be supplied by Clerk of Court)

A. **PARTIES**

1. Plaintiff is a citizen of **Wisconsin** and resides at
(State)

   **2832 North 12th Street Milwaukee WI 53206**
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **State of Wisconsin Department of Children & Families**
   (Name)

is (if a person or private corporation) a citizen of **Wisconsin**
(State, if known)

and (if a person) resides at **635 North 26th Street**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **State of Wisconsin Department of Children & Families**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I am a former employee of the State of Wisconsin Department of Children & Families.

At the time of termination, I had approved reasonable accommodations and approved

Leave Under the Family and Medical Leave Act of 1993, supported by a doctor's note,

Despite these protections, I was terminated on July 11, 2025. At the time of termination

I was informed that the decision was based solely on performance. However, upon

receiving my personnel file pursuant to Wisconsin Statute 103.13, my evaluations

reflected strong performance, with ratings of "3" across the board and no indication

of deficient performance that would justify termination. Additionally, while on approved

FMLA leave and under Reasonable Accommodation, I continued receiving emails from

Human Resources and was required to respond using my work email account. I also

have knowledge of a colleague with the same job title who was approved to relocate to Madison Wisconsin to care for a loved one, yet I was terminated under different circumstances. Based on these facts, I believe I was subjected to discrimination, harassment, and wrongful termination in violation of my legal rights. I am seeking appropriate review and remedy for these actions. As a result of the defendants actions, I have suffered and continue to suffer loss of income, loss of employment benefits, emotional distress, and other damages. The defendants actions were willful and demonstrated reckless disregard for my federally protected rights under FMLA. At all relevant times, I was an individual with a disability as defined under the Americans with Disabilities Act ("ADA"), 42 U.S.C 12101, et seq.

C. JURISDICTION

[■] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Wherefore, the plaintiff respectfully requests that this Court enter judgement in favor of

Plaintiff and against Defendant, the Wisconsin Department of Children and Families,

and grant the following relief:

A. Declare that defendant's actions violated Plaintiff's rights under the Family and

Medical Leave Act of 1993 and the Americans with Disabilities Act; B. Award Plaintiff

back pay, including lost wages, salary, employment benefits, and other compensation

denied or lost as a result of Defendants unlawful conduct; C. Award Plaintiff front pay

in lieu of reinstatement, attorney fees, costs, and expenses incurred. Pre/Post judgment

D. Award Plaintiff compensatory damages for emotional distress, pain and

suffering, inconvenience, menatl anguish, and loss of enjoyment of life; E. Award

Plaintiff liquidated damages as permitted by law for Defendant's willful violations.

Grant such other & further legal & equitable relief as the Court deems just and proper.

Complaint – 4
Case 2:26-cv-00336-JPS    Filed 02/27/26    Page 4 of 5    Document 1

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___30___ day of _____January_____ 20_____.

Respectfully Submitted,

_____
Signature of Plaintiff

**262 206 9123**
Plaintiff's Telephone Number

**armstrongcl1983@gmail.com**
Plaintiff's Email Address

**2832 North 12th Street**

**Milwaukee, Wisconsin 53026**
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5
Case 2:26-cv-00336-JPS   Filed 02/27/26   Page 5 of 5   Document 1